**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL THACKER,<br><br>    Plaintiff,<br><br>    v.<br><br>RAFAEL ALVAREZ, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-00423 LJO JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY DEFENDANTS ALVAREZ AND SANTOS SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH FED.R.CIV.P.4(M) AND THE ORDERS OF THE COURT |

The plaintiff filed this action on May 11, 2018 in Kern County Superior Court. (Doc. 1-1) National Railroad Passenger Corporation removed this case to this Court on April 2, 2019. (Doc. 1) Though National Railroad Passenger Corporation, the employer of defendant Santos, and Erickson Farms, the employer of defendant Alvarez, have answered the complaint (Docs. 2, 4), the plaintiff has not filed proof of service on either individual defendant and neither has appeared.

In its order setting the mandatory scheduling conference, the Court advised counsel:

> [P]laintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 3 at 1) Therefore, the Court **ORDERS**,

    1.    **No later than June 24, 2019**, the plaintiff **SHALL** show cause why sanctions, up to

and including dismissal of the unserved defendants, should not be imposed for the failure to serve the summons and complaint and comply with the orders of the Court. Alternatively, the plaintiff may file the proof of service or a voluntary dismissal of as to defendants Alvarez and Santos or as to the entire action.

**The plaintiff is advised that the failure to comply will result in a recommendation that the matter be dismissed as to defendants Alvarez and Santos.**

IT IS SO ORDERED.

Dated: **June 19, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE