Craig E. Johnson
Law Offices of Craig E. Johnson
5401 Business Park South, Suite 206
Bakersfield, CA 93309
(661) 631-1713

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL THACKER, | Case No.: 1:19-cv-00423-LJO-JLT |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE TO 9:00 A.M. |
| RAFAEL ALVAREZ; ERICKSON FARMS; GREG B. SANTOS; AMTRAK CALIFORNIA; AND, DOES 1 THROUGH 20, INCLUSIVE,, | (Doc. 9) |
| Defendant | |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

The parties hereto, by and through their respective attorneys of record, do hereby agree and stipulate as follows:

WHEREAS, Plaintiffs' counsel has a court hearing at the Kern County Superior Court on July 1, 2019, at 8:30 a.m.

WHEREAS, the Initial Scheduling Conference at Bakersfield Federal Courthouse in this matter is currently scheduled for July 1, 2019, at 8:30 a.m.;

IT IS HEREBY STIPULATED AND AGREED UPON THAT:

1. Good cause exists for a short continuance of the Initial Scheduling Conference;

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE TO 9:00 A.M.DATE: JULY 1, 2019TIME: 8:30 A.M. - 1

2. Initial Scheduling Conference in this matter, currently scheduled for July 1, 2019, at 8:30 a.m., can and should be continued at least by thirty minutes;

3. The subject stipulation may be signed in counterparts;

4. A facsimile or xerox copy of a signature hereto may be treated as an original for all purposes.

Dated: June 28, 2019      LAW OFFICES OF CRAIG E. JOHNSON

BY: */s/ Craig E. Johnson*
    CRAIG E. JOHNSON
    ATTORNEY FOR PLAINTIFF,
    MICHAEL THACKER

Dated: _____      McCORMICK BARSTOW, LLP

BY: */s/ Gregory Mason*
    GREGORY MASON
    Attorney for Defendant,
    ERICKSON FARMS PARTNERSHIP

Dated: _____      FLESHER SCHAFF & SCHROEDER, INC.

BY: */s/ Jeremy J. Schroeder*
    JEREMY J. SCHROEDER
    Attorney for Defendant,
    NATIONAL RAILROAD PASSENGER CORP

**ORDER**

Based upon the agreement of counsel, the Court **ORDERS** the scheduling conference is continued to 9:00 a.m. on July 1, 2019.


IT IS SO ORDERED.

Dated: **June 28, 2019**

**/s/ Jennifer L. Thurston**

UNITED STATES MAGISTRATE JUDGE