# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THACKER, <br><br> Plaintiff, <br><br> v. <br><br> RAFAEL ALVAREZ, et al., <br><br> Defendants. | Case No.: 1:19-cv-00423 LJO JLT <br><br> ORDER CLOSING THE ACTION AS TO GREG B. SANTOS ONLY <br> (Doc. 15) |

The parties have stipulated to dismiss the action as to Greg B. Santos with each side to bear their own fees and costs. (Doc. 15) The stipulation relies upon Fed.R.Civ.P. 41, which permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the Clerk of Court is **DIRECTED** to close this action as to Mr. Santos.

IT IS SO ORDERED.

Dated: **July 11, 2019**        **/s/ Jennifer L. Thurston**
                                UNITED STATES MAGISTRATE JUDGE

1