# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THACKER,<br><br>                Plaintiff,<br><br>   vs.<br><br>RAFAEL ALVAREZ, et al.,<br>                Defendants. | CASE NO. 19-cv-00423 LJO JLT<br><br>**ORDER GRANTING AMTRAK'S REQUEST FOR TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE**<br><br>**ORDER REQUIRING PLAINTIFF TO SERVE A SETTLEMENT OFFER WITHIN 24 HOURS** |

Amtrak has requested that its representative appear by telephone at the settlement conference next week. (Doc. 19) This request is grounded on the assertion the plaintiff has failed to serve a "meaningful" settlement offer as required by the Court's order (Doc. 12 at 6-7). It is unclear whether plaintiff has failed to comply with the Court's orders only as to Amtrak or if he has failed similarly as to the other defendant. Thus, the Court **ORDERS**:

    1.    The representative for National Railroad Passenger Corporation ("Amtrak") may appear at the March 28, 2019 settlement conference by telephone provided the representative is available throughout the conference;

    2.    **No later than noon on Friday, October 18, 2019**, the plaintiff **SHALL** serve a "meaningful" settlement offer on his opponents via email. **Failure to do so will result in the Court vacating the conference and may result in the imposition of sanctions.** No later than noon on October 21, 2019, the defendants **SHALL** file a report indicating whether they received

1

the plaintiff's settlement offer and whether they believe the settlement conference is likely to be fruitful.

IT IS SO ORDERED.

Dated: **October 16, 2019**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE