# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THACKER,<br><br>  Plaintiff,<br><br>  v.<br><br>RAFAEL ALVAREZ, et al.,<br><br>  Defendants. | Case No.: 1:19-cv-0423- LJO JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION AS TO DEFENDANT AMTRAK CALIFORNIA AND TO UPDATE THE DOCKET<br><br>(Doc. 25) |

On October 24, 2019, the parties stipulated to the dismissal of Defendant Amtrak California without prejudice. (Doc. 25) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), a plaintiff may dismiss claims "without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all remaining parties that have appeared signed the stipulation, it "automatically" terminated the claims against Amtrak California. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Based upon the Rule 41 stipulation, the Clerk of Court is **DIRECTED** to close this action only as to Defendant Amtrak California and update the docket.

IT IS SO ORDERED.

  Dated: __**October 26, 2019**__   _____**/s/ Jennifer L. Thurston**_____
                                                                  UNITED STATES MAGISTRATE JUDGE