# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MICHAEL THACKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAFAEL ALVAREZ; ERICKSON FARMS; GREG B. SANTOS; AMTRAK CALIFORNIA; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 1:19-cv-00423-LJO-JLT<br><br>**ORDER RE JOINT STIPULATION TO REMAND TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN** |

Pursuant to 28 U.S.C. § 1447(c) and the stipulation of Plaintiff, MICHAEL THACKER ("Plaintiff") through counsel of record, and Defendant ERICKSON FARMS PARTNERSHIP ("Defendant") through counsel of record, IT IS HEREBY ORDERED THAT

This action shall be remanded to the Superior Court of California, County of Kern.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: **January 9, 2020**　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720